1   MORGAN, LEWIS & BOCKIUS LLP
    REBECCA EISEN, SB# 096129
2   ANN MARIE REDING, SB# 226864
    One Market, Spear Street Tower
3   San Francisco, CA 94105-1126
    Tel: 415.442.1000
4   Fax: 415.442.1001
    reisen@MorganLewis.com
5   areding@MorganLewis.com

6   MORGAN, LEWIS & BOCKIUS LLP
    JENNIFER WHITE-SPERLING, SB# 166504
7   5 Park Plaza, Suite 1750
    Irvine, CA 92614
8   Tel: 949.399.7000
    Fax: 949.399.7001
9   jwhitesperling@morganlewis.com

10  Attorneys for Defendant BEST BUY STORES, L.P.

11              UNITED STATES DISTRICT COURT

12  NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

13  MANUEL S. KALOGHLIAN, individually        Case No. CV 08-4171 SC
    and on behalf of all others similarly
14  situated,                                 STIPULATION ENLARGING TIME FOR
                                              BEST BUY STORES, L.P. TO RESPOND
15                      Plaintiffs,           TO PLAINTIFF'S COMPLAINT

16          vs.

17  BEST BUY STORES, L.P., a Virginia         [LOCAL RULE 6-1]
    Limited Partnership, and DOE ONE
18  through and including DOE ONE-
    HUNDRED
19
                        Defendant.
20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
  BOCKIUS LLP
 ATTORNEYS AT LAW
  SAN FRANCISCO

DB2/20837093.2

1  Pursuant to Local Rule 6-1(a), Plaintiff Manuel S. Kaloghlian ("Plaintiff") and Defendant

2  Best Buy Stores, L.P. ("Defendant") hereby stipulate and agree that Defendant will have an

3  extension of time to respond to Plaintiff's Complaint, up to and including October 27, 2008.  The

4  parties further agree that this extension of time will not alter the date of any event or any deadline

5  already fixed by Court order.

6

7  Dated: September 23, 2008                    HARRIS & RUBLE

8

9  By _____
   Abigail Treanor

10  Attorneys for Plaintiff
    MANUEL S. KALOGHLIAN

11  Dated: September 23, 2008                    MORGAN, LEWIS & BOCKIUS LLP

12

13  By _____

14  Jennifer White-Sperling
    Attorneys for Defendant

15  BEST BUY STORES, L.P.

16

17

18

19                          IT IS SO ORDERED

20                          Judge Samuel Conti

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
  BOCKIUS LLP
ATTORNEYS AT LAW
  SAN FRANCISCO

DB2/20837093.2                          1          STIPULATION ENLARGING TIME TO RESPOND
                                                   TO PLAINTIFF'S COMPLAINT
                                                   CV 08-4171 SC

1  MORGAN, LEWIS & BOCKIUS LLP
   REBECCA EISEN, SB# 096129
2  ANN MARIE REDING, SB# 226864
   One Market, Spear Street Tower
3  San Francisco, CA  94105-1126
   Tel:  415.442.1000
4  Fax:  415.442.1001
   reisen@MorganLewis.com
5  areding@MorganLewis.com
6
7  MORGAN, LEWIS & BOCKIUS LLP
   JENNIFER WHITE-SPERLING, SB# 166504
8  5 Park Plaza, Suite 1750
   Irvine, CA  92614
9  Tel:  949.399.7000
   Fax:  949.399.7001
10 jwhitesperling@morganlewis.com
11
   Attorneys for Defendant BEST BUY STORES, L.P.
12
                    UNITED STATES DISTRICT COURT
13
         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
14

15 MANUEL S. KALOGHLIAN, individually     Case No. C 08-4171 SC
   and on behalf of all others similarly
16 situated,                              **PROOF OF SERVICE**

17              Plaintiffs,               *Assigned to the Honorable Samuel Conti*

18      vs.                               **[LOCAL RULE 6-1]**

19 BEST BUY STORES, L.P., a Virginia
   Limited Partnership, and DOE ONE
20 through and including DOE ONE-
   HUNDRED
21
                Defendant.
22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20839728.1

PROOF OF SERVICE
CV 08-4171 SC

**PROOF OF SERVICE**

I, the undersigned, declare:

I am over the age of eighteen (18) years, and not a party to the within action.  I am employed by Morgan, Lewis & Bockius, LLP and my business address is One Market, Spear Street Tower, San Francisco, CA  94105.

On September 23, 2008, I served the following document(s):

**STIPULATION ENLARGING TIME FOR BEST BUY STORES, L.P. TO RESPOND TO PLAINTIFF'S COMPLAINT**

on the parties involved addressed as follows:

Alan Harris, Esq.
Abigail Treanor, Esq.
Harris & Ruble
5455 Wilshire Blvd., Suite 1800
Los Angeles, CA 90036
EM:  aharris@harrisandruble.com
EM:  atreanor@harrisandruble.com

[   ]     **BY PERSONAL DELIVERY:**  The within document(s) were served by hand in an envelope addressed to the addressee(s) above on this date.  The Proof of Service by the process server will be filed within five (5) days.

[ X ]     **BY U.S. MAIL:**  I am readily familiar with my employer's practice for collection and processing of documents for mailing with the United States Postal Service and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business.  On this date, I served the above interested parties following my employer's ordinary business practices.

[   ]     **BY FACSIMILE:**  By use of a facsimile machine telephone number 415/442-1001, I served a copy of the within document(s) on the above interested parties at the facsimile numbers listed above.  The transmission was reported as complete and without error.  The transmission report, which is attached to this proof of service, was properly issued by the transmitting facsimile machine.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20839728.1                                    1

PROOF OF SERVICE
CV 08-4171 SC

[    ]      **BY FEDERAL EXPRESS OVERNIGHT DELIVERY:** I caused each envelope, with delivery fees provided for, to be deposited in a box regularly maintained by Federal Express. I am readily familiar with the practice for collection and processing of documents for delivery by overnight service by Federal Express of Morgan, Lewis & Bockius, LLP, and that practice is that the document(s) are deposited with a regularly maintained Federal Express facility in an envelope or package designated by Federal Express fully prepaid the same day as the day of collection in the ordinary course of business.

[ **X** ]      **BY EMAIL:** By transmitting via electronic mail the document(s) listed above to the email address(s) set forth below on this date (pursuant to a stipulation between the parties).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on September 23, 2008.

*Teresa L. Magee*
_____
TERESA L. MAGEE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20839728.1

2

PROOF OF SERVICE
C 06-01884 MHP & CV 08-4171 SC